December 20, 2007

CHEIF JUSTICE, Benson E. Legg
U.S. Courthouse, Federal Garmatz
101 W. Lombard Street
Baltimore, MD. 21201

Antonio Howell
33283-037
U.S. Penitentiary - Tucson
P.O. Box 24550
Tucson, AZ. 85734

CASE NO: L-98-0259

DEAR Judge Legg:

I am writing this letter to petition the court for a sentence reduction on the grounds of U.S. Sentencing Commission retroactive Amendment under Guideline § 2D1.1 for crack offenses.

your Truly,
Antonio Howell

