# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | | Criminal No. L-98-0259 |
| v. | * | |
| ANTONIO HOWELL | * | |
| | * | |

\* \* \* \* \* \* \*

# O R D E R

Pending is a motion pursuant to 18 U.S.C. §3582(c) requesting a reduction of sentence based on the retroactive application of Amendment No. 706 to the United States Sentencing Guidelines related to cocaine base ("crack") offenses.  Accordingly, it is this __19th__ day of February 2008, hereby ordered by the United States District Court for the District of Maryland that:

1. The United States Attorney SHALL RESPOND to the motion within thirty days;

2. The Clerk SHALL PROVIDE copies of this order to counsel and the United States Attorney; and

3. The Clerk SHALL PROVIDE courtesy copies of this order and the motion to the United States Probation Office and the Federal Public Defender.

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　Benson Everett Legg
　　　　　　　　　　　　　　　　　　　　Senior Judge