IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA :
:
v. : No. L-98-0259
:
ANTONIO HOWELL :

## ORDER

In an order dated February 19, 2008, the Court ordered the United States Attorney to respond to Defendant's motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c) within thirty days. To date, no response has been filed. Accordingly, it is this 23rd day of June, 2008 hereby ordered that:

1. The United States Attorney SHALL RESPOND to Defendant's motion within 14 days of this Order; and

2. The Clerk SHALL PROVIDE copies of this Order to counsel and to the United States Attorney.

**SO ORDERED** this 23rd day of June, 2008.

/s/
Benson Everett Legg
Chief Judge