BSS/3582.NoOpp.ManMin.Response.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.                                    Criminal No. BEL-98-0259

ANTONIO HOWELL

...ooOoo...

## GOVERNMENT'S RESPONSE TO MOTION FOR REDUCTION OF SENTENCE UNDER 18 U.S.C. § 3582(c)

The United States of America, by its undersigned counsel, having reviewed the Presentence Report, the Judgment & Commitment Order, the revised guidelines computation and a Bureau of Prisons SENTRY report for the defendant named above, **OPPOSES** retroactive application of the revised "crack" guideline pursuant to 18 U.S.C. § 3582(c), for the reason that Mr. Howell's sentence was not based upon the "crack" guideline, but upon the murder cross-reference, § 2A1.1 and § 2D1.1(d)(1). See, Presentence Report at 4. The wisdom of this assessment is confirmed by Mr. Howell's institutional disciplinary record, a copy of which is attached, which reports violent behavior and recommends a disciplinary transfer.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: /s/
Barbara S. Sale
Assistant United States Attorney
Chief, Criminal Division
Bar No. 00307
36 South Charles Street
Baltimore, Maryland 21201
(410) 209-4902

## Certificate of Service

**I HEREBY CERTIFY** that this _14th__ __ day of _July_ ____2008, a copy of the Foregoing Government's Response to Motion for Reduction Of Sentence under 18 U.S.C. § 3582(c) was hand delivered via interoffice mail to:

> Howard Cardin, Esq.
> Cardin & Gitomer
> 211 St. Paul Place
> Baltimore, MD 21202

and

> Estelle Santana
> Deputy Chief United States Probation Officer
> United States Probation and Pretrial Services
> 250 W. Pratt Street
> Suite 400
> Baltimore, MD 21201

_____
Debra C. Lesser
Paralegal Specialist

```
REGISTER NO: 33283-037  NAME..: HOWELL, ANTONIO
FUNCTION...: DIS        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-14-2008
                        RSP OF: ENG-ENGLEWOOD FCI
```

---

```
REPORT NUMBER/STATUS.: 1248721 - SANCTIONED  INCIDENT DATE/TIME: 08-06-2004 2300
DHO HEARING DATE/TIME: 10-05-2004 1320
FACL/CHAIRPERSON.....: COP/J CAREY
APPEAL CASE NUMBER(S): 359765
REPORT REMARKS.......: PLRA INMATE - ADMITS TO CHARGE - FEARS FOR HIS LIFE -
                       REGRETS ACT - DHO FOUND INMATE GUILTY OF CHARGE
   224   ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: IN2 RFP: D
         DIS GCT     / 27 DAYS / CS
         COMP:010 LAW:P
         DS          / 30 DAYS / CS
         COMP:    LAW:


G0002        MORE PAGES TO FOLLOW . . .
```

Case 1:98-cr-00259-BEL   Document 637   Filed 07/14/2008   Page 4 of 9

REGISTER NO: 33283-037  NAME..: HOWELL, ANTONIO
FUNCTION...: DIS           FORMAT: CHRONO      LIMIT TO ___ MOS PRIOR TO 07-14-2008
                           RSP OF: ENG-ENGLEWOOD FCI

DHO HEARING DATE/TIME: 10-05-2004 1320    REPORT 1248721 CONTINUED
       LP COMM     / 30 DAYS / CS
       COMP:     LAW:     PRIVILEGES WILL BE RESTORED 11-05-2004; TO RUN
                          CONSECUTIVE WITH ANY PREVIOUS SANCTIONS
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1248722 - SANCTIONED  INCIDENT DATE/TIME: 08-07-2004 0027
DHO HEARING DATE/TIME: 09-28-2004 0950
FACL/CHAIRPERSON.....: COP/J CAREY
APPEAL CASE NUMBER(S): 359764
REPORT REMARKS.......: PLRA INMATE - DENIES THE CHARGE- DHO FOUND INMATE GUILTY
                       OF ATTEMPTED ASSAULT ON STAFF CODE 101A
   101A ASSAULTING WITH SERIOUS INJURY - FREQ: 1 ATI: SC1 RFP: D
       DIS GCT    / 40 DAYS / CS
       COMP:010 LAW:P


G0002       MORE PAGES TO FOLLOW . . .

REGISTER NO: 33283-037 NAME..: HOWELL, ANTONIO
FUNCTION...: DIS          FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-14-2008
                          RSP OF: ENG-ENGLEWOOD FCI

DHO HEARING DATE/TIME: 09-28-2004 0950    REPORT 1248722 CONTINUED
        DS            / 60 DAYS / CS
        COMP:    LAW:
        LP VISIT   / 180 DAYS / CS
        COMP:    LAW:    PRIVILEGES WILL BE RESTORED 03-27-2005
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1110819 - SANCTIONED INCIDENT DATE/TIME: 06-04-2003 1815
DHO HEARING DATE/TIME: 03-26-2004 1415
FACL/CHAIRPERSON.....: MIA/POSADA
APPEAL CASE NUMBER(S): 334625
REPORT REMARKS.......: DENIES THE OFFENSE
   113A POSSESSING DRUGS/DRUG ITEMS - FREQ: 1
        DIS GCT    / 40 DAYS / CS
        COMP:010 LAW:P


G0002       MORE PAGES TO FOLLOW . . .

```
REGISTER NO: 33283-037  NAME..: HOWELL, ANTONIO
FUNCTION...: DIS        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-14-2008
                        RSP OF: ENG-ENGLEWOOD FCI

DHO HEARING DATE/TIME: 03-26-2004 1415    REPORT 1110819 CONTINUED
         DS           / 60 DAYS / CS
         COMP:    LAW:    SERVED
         LP COMM      / 6 MONTHS / CS
         COMP:    LAW:
         LP PHONE     / 6 MONTHS / CS
         COMP:    LAW:
         LP VISIT     / 6 MONTHS / CS
         COMP:    LAW:
         TRANSFER   / CS
         COMP:    LAW:    RECOMMEND TRANSFER/
    224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SN1 RFP: D
         DS           / 30 DAYS / CS
         COMP:    LAW:    SERVED


G0002        MORE PAGES TO FOLLOW . . .
```

```
REGISTER NO: 33283-037  NAME..: HOWELL, ANTONIO
FUNCTION...: DIS        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-14-2008
                        RSP OF: ENG-ENGLEWOOD FCI

DHO HEARING DATE/TIME: 03-26-2004 1415    REPORT 1110819 CONTINUED
        LP COMM    / 6 MONTHS / CS
        COMP:    LAW:
        LP VISIT   / 6 MONTHS / CS
        COMP:    LAW:
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1008704 - SANCTIONED  INCIDENT DATE/TIME: 07-11-2002 0200
UDC HEARING DATE/TIME: 07-12-2002 1326
FACL/UDC/CHAIRPERSON.: JES/C/VICE
REPORT REMARKS.......: ATTEMPTED TO SEND MONEY TO ANOTHER INMATE
    328A GIVING/ACCEPTNG MONEY W/O AUTH - FREQ: 1
        LP PHONE   / 30 DAYS / CS
        COMP:    LAW:    LOSS OF PHONE 7-12-02 THRU 8-14-02


G0002      MORE PAGES TO FOLLOW . . .
```

```
REGISTER NO: 33283-037 NAME..: HOWELL, ANTONIO
FUNCTION...: DIS         FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-14-2008
                         RSP OF: ENG-ENGLEWOOD FCI

UDC HEARING DATE/TIME: 07-12-2002 1326    REPORT 1008704 CONTINUED
    406  USING PHONE OR MAIL W/O AUTH - FREQ: 1
         LP VISIT    / 30 DAYS / CS
         COMP:    LAW:    LOSS OF VISITING 7-12-02 THRU 8-14-02
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 808911 - SANCTIONED  INCIDENT DATE/TIME: 08-21-2000 1712
DHO HEARING DATE/TIME: 09-06-2000 1020
FACL/CHAIRPERSON.....: ALP/CERNEY
REPORT REMARKS.......: ADMITTED USING ANOTHER INMATE'S PAC
    328  GIVING/ACCEPTNG MONEY W/O AUTH - FREQ: 1
         DIS GCT     / 12 DAYS / CS
         COMP:010 LAW:P
         LP PHONE    / 90 DAYS / CS
         COMP:    LAW:    THROUGH 12-05-2000


G0002      MORE PAGES TO FOLLOW . . .
```

```
REGISTER NO: 33283-037  NAME..: HOWELL, ANTONIO
FUNCTION...: DIS        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-14-2008
                        RSP OF: ENG-ENGLEWOOD FCI
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 800798 - SANCTIONED   INCIDENT DATE/TIME: 07-23-2000 0840
DHO HEARING DATE/TIME: 08-08-2000 1040
FACL/CHAIRPERSON.....: ALP/CERNEY
REPORT REMARKS.......: DENIED, MOST LIKE 406
   499  DISRUPTIVE CONDUCT-LOW MOD - FREQ: 1
        LP PHONE  / 30 DAYS / CS
        COMP:    LAW:    THROUGH 09-07-2000


G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```